UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                     Case No. 07-cr-80-01/02-SM

Michael Monahan
Jeffrey Mealey

O R D E R

Defendant Monahan's assented-to motion to continue the trial (document no. 17) is granted. Trial has been rescheduled for the December 2007 trial period.  Defendants shall file a Waiver of Speedy Trial Rights not later than May 25, 2007.  On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account the

exercise of due diligence under the circumstances.

    Final Pretrial Conference:  November 26, 2007 at 9:30 AM

    Jury Selection:  December 4, 2007 at 9:30 AM

    SO ORDERED.

May 14, 2007

                      Steven J. McAuliffe
                      Chief Judge

cc:  Robert Kinsella, Esq.
     Mark Sisti, Esq.
     William Christie, Esq.
     U. S. Probation
     U. S. Marshal