UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                              Criminal No. 07-cr-80- 01-SM

<u>Michael Monahan</u>

<u>ORDER</u>

Re: Document No. [73] Assented to MOTION to Withdraw Document [72] Assented to MOTION to Withdraw Plea of Guilty to Count One of the Information

Ruling: Before the government filed its pending motion to withdraw its earlier motion to permit withdrawal of defendant's guilty plea to Count One of the Information, and to dismiss Count One, the court ruled on the matter. That order has now been docketed. The current motion to withdraw is taken as a motion to reconsider and vacate the order on it's earlier motion, which motion is granted, with the understanding that the government expects to renew it's motion to dismiss after the correct internal Justice Department procedures are followed. Should that not prove to be the case, the court will revisit this order.

_____
Steven J. McAuliffe
Chief Judge

Date: February 6, 2009

cc: Counsel of Record